## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

GREG ROYBAL,

      Plaintiff,

v.                                            No. 2:23-cv-01094-MIS-LF

WEXFORD HEALTH SOURCES, INC., et al.

      Defendants.

### FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with this Court's Orders, ECF Nos. 42 and 44, the Court issues its separate judgment finally disposing of this civil case. The case is now **CLOSED**.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE